**Electronically Filed
Supreme Court
SCPW-25-0000712
18-FEB-2026
07:50 AM
Dkt. 8 ODDP**

SCPW-25-0000712

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CODY VALPOON, Petitioner,

vs.

THE HONORABLE STEPHANIE R.S. CHAR,
Judge of the District Court of the Fifth Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 5FFC-25-0000071)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kawashima, assigned by reason of vacancy)

Upon consideration of the document titled "Notice of Administrative Appeal," filed October 15, 2025, which we construe as a petition for writ of mandamus, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to obtain the relief

sought.  <u>See</u> <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 18, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ James S. Kawashima